[No. 16057-9-II.    Division Two.    December 21, 1994.]

KEITH HARNISH, *Respondent*, v. CAL WORTHINGTON
FORD, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-00883-1, Terry D. Sebring, J., entered April
17, 1992. *Affirmed* by unpublished opinion per Bridgewater,
J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[Nos. 13214-5-III; 13284-6-III.    Division Three.    December 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL
RILEY WARD, SR., ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Lincoln
County, Nos. 92-1-00029-3, 92-1-00030-3, Philip W. Borst, J.,
entered April 20, 1993. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Munson,
J.

[No. 12985-3-III.    Division Three.    December 22, 1994.]

SPOKANE MANAGEMENT, INC., *Respondent*, v. RITA
HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-2-05534-6, John A. Schultheis, J., en-
tered December 18, 1992. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Thompson, C.J., and Mun-
son, J.

[No. 13130-1-III.    Division Three.    December 22, 1994.]

*In the Matter of* DONALD EUGENE GATES III.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 92-8-00173-4, Michael E. Cooper, J., entered
March 8, 1993. *Affirmed* by unpublished opinion per Schul-
theis, J., concurred in by Thompson, C.J., and Sweeney, J.